**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| HAYLEY FREILICH, | : | No. 245 EAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of March, 2024, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner are:

(1) Does 42 Pa.C.S § 8528(b) violate [Petitioner's] right to a remedy in Article I, Section 11 of the Pennsylvania Constitution under the facts of this case, where [Petitioner's] recovery will be consumed by costs, fees, and insurance reimbursement claims?

(2) Does 42 Pa.C.S § 8528(b) violate [Petitioner's] right to a jury trial in Article I, Section 6 of the Pennsylvania Constitution under the facts of this case, where [Petitioner's] recovery will be consumed by costs, fees, and insurance reimbursement claims?

     In addition, the parties are **DIRECTED** to address the following question:

     If the Court concludes that the limitation of damages set forth in 42 Pa.C.S. § 8528 is unconstitutional, is Section 8528 severable from the limited waiver of sovereign immunity set forth in 42 Pa.C.S. §8522(a)?